# EXHIBIT A

| Form 668-A(ICS) (April 2020) | Department of the Treasury – Internal Revenue Service **Notice of Levy** |
|---|---|
| Date 06/12/2022 | Telephone number of IRS office |
| Reply to Internal Revenue Service<br>E. KENNEDY<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201-2825 | (443)853-5229 |
| | Name and address of taxpayer<br>NEUBERGER, QUINN, GIELEN, RUBIN &<br>GIBBER P.A., ALTER EGO OF<br>LEHCIM HOLDINGS, INC.<br>ONE SOUTH STREET 27TH FLOOR<br>BALTIMORE, MD 21202 |
| To  PNC BANK NA<br>MANAGER ACH DEPARTMENT<br>500 1ST AVE FL 3<br>PITTSBURGH, PA 15219-3129 | |
| | Identifying number(s)      ████0671<br>LEHC ████1614 |

Special instructions for certain property levied

This isn't a bill for taxes you owe. This is a notice of levy we are using to collect money owed by the taxpayer named above.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1120 | 12/31/2010 | $876,846.90 | $614,948.84 | $1,491,795.74 |
| 1120 | 12/31/2012 | $17,172.57 | $870.87 | $18,043.44 |
| 1120 | 12/31/2013 | $3,320.50 | $1,696.50 | $5,017.00 |
| 1120 | 12/31/2014 | $3,844.80 | $1,933.08 | $5,777.88 |
| 1120 | 12/31/2015 | $6,288.00 | $2,907.31 | $9,195.31 |
| CIVPEN | 12/31/2010 | $13,849.54 | $250.38 | $14,099.92 |
| | | | **Total Amount Due** | $1,543,929.29 |

We figured the interest and late payment penalty to 06/11/2022

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you. This levy does not attach to funds in IRAs, Self-Employed Individuals' Retirement Plans, or any other retirement plans in your possession or control.

If you decide to pay the amount you owe now, please bring a guaranteed payment (cash cashier's check, certified check or money order) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to United States Treasury. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

*Visit www.irs.gov to determine the closest IRS office that furnishes cash payment processing service. You will need to make an appointment at the IRS office in order to make a payment.

| Signature of Service Representative | Title |
|---|---|
| /S/ E. KENNEDY | REVENUE OFFICER |

Catalog Number 20435N  www.irs.gov  Form **668-A** (Rev 4-2020)
Part 2 – For Taxpayer