UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.  )<br>)<br>Plaintiff,         )<br>)<br>)<br>v.              )<br>)<br>UNITED STATES OF AMERICA and )<br>INTERNAL REVENUE SERVICE,  )<br>)<br>Defendants.      ) | Civil Action No.: 1:22-cv-02129-BPG |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Neuberger, Quinn, Gielen, Rubin & Gibber, P.A., by and through its undersigned counsel, moves this Court to enter summary judgment in its favor and against Defendant, The United States of America, pursuant to Federal Rule of Civil Procedure 56. The basis for this Motion is set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, Neuberger, Quinn, Gielen, Rubin & Gibber, P.A., respectfully requests that the Court grant its Motion and enter summary judgment in its favor.

Dated: December 20, 2022            Respectfully submitted,

                                                     /s/ James P. Ulwick
                                                     James P. Ulwick (Federal Bar No. 00536)
                                                     KRAMON & GRAHAM, P.A.
                                                     One South Street, Suite 2600
                                                     Baltimore, Maryland 21202
                                                     (410 752-6030
                                                     (410) 539-1269 (facsimile)
                                                     julwick@kg-law.com

>Brandon N. Mourges, Bar No. 29477
>CREPEAU MOURGES
>1344 Ashton Road, Suite 110
>Hanover, Maryland 21076
>Telephone: 667-900-9912
>Fax: 667-999-0202
>brandon@usataxlaw.com
>
>*Attorneys for Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December, 2022, copies of Plaintiff's Motion for Summary Judgment, memorandum of law in support and proposed order, were filed electronically via CM/ECF, and were served on all counsel of record.

>*/s/ James P. Ulwick*

James P. Ulwick