UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A. | )<br>)<br>) |
| Plaintiff, | )<br>) Civil Action No.: 1:22-cv-02129-BPG |
| v. | )<br>) |
| UNITED STATES OF AMERICA and INTERNAL REVENUE SERVICE, | )<br>)<br>) |
| Defendants. | ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Summary Judgment, any opposition thereto, and oral argument thereon, it is this _____ day of _____, 2023,

ORDERED, that Plaintiff's Motion be and hereby is GRANTED.