# Exhibit C

```
 1                    DEPARTMENT OF THE TREASURY
 2                    INTERNAL REVENUE SERVICE
 3
 4                                              )
 5   In the Matter of:                          )
 6                                              )
 7   ORAL REPLY ON BEHALF OF                    )
 8   LEHCIM HOLDINGS, INC.                      )
 9   _____)
10
11                    INTERNAL REVENUE SERVICE
12                        31 Hopkins Plaza
13                    Baltimore, Maryland  21201
14                             Monday
15                      September 25, 2017
16
17   The above-entitled matter came on for Oral Reply,
18   pursuant to Notice, at 9:13 a.m.
19
20
21   REPORTED BY:  Kaleigh Irish, RPR
```

```
 1                        PROCEEDINGS
 2             (Neuberger Exhibits 1-39 were premarked
 3   for purposes of identification.)
 4   Whereupon,
 5                    ISAAC M. NEUBERGER,
 6   called as a witness, having been first duly sworn to
 7   tell the truth, the whole truth, and nothing but the
 8   truth, was examined and testified as follows:
 9                 EXAMINATION BY MS. STRAZZERI:
10        A     My name is Isaac M. Neuberger, 27th
11   Floor, 1 South Street, Baltimore, Maryland 21202.
12        Q     Okay.  My name is Barbara Strazzeri.  I'm
13   joined today by revenue agent Pamela Harris, Trevor
14   Maddison, and Mary Ann Waters, both at the Office of
15   Chief Counsel.  We are in the Fallon Federal
16   Building located at 31 Hopkins Plaza, Baltimore,
17   Maryland 21201.
18             And we are -- we are interviewing Isaac M.
19   Neuberger as director, president, and treasurer of
20   Lehcim Holdings, Inc. and as a third party witness.
21             Mr. Neuberger, you are being represented
```

1   Q   And what does Mr. Tendler do as vice
2   president and secretary?
3   A   What typically a secretary or a vice
4   president does.  He acts in the absence of the
5   president.  Or he affirms actions by the
6   corporation, as the secretary, on actions taken by
7   the president under typical corporate activities.
8   Q   How are you compensated?  How are the
9   officers compensated for their duties?
10  A   We aren't compensated specifically.  It
11  is -- whatever time is expended providing this
12  service for clients, for the entity, it gets billed
13  in the normal course.  But there's no particular
14  compensation for acting as a president or treasurer
15  of an entity owned by a client.
16  Q   So, I have just asked you about, you
17  know, you and Hillel Tendler's duties.  So, Lehcim
18  makes investments.  So, whom in the corporation is
19  the one that makes those decisions?
20  A   Again, as I answered before, Lehcim is
21  part of the structure.  And I don't -- I've gotten

1   these dates.  In February 27th of 2001, Lehcim was

2   formed.

3          Based upon the consent of the sole

4   director, it does not appear that it made its

5   investment as a limited partner in 1 Penn Center -

6   that's what it's called, actually - until December of

7   2002.  So, I can't answer the question with any

8   specificity.  I have to go back and check what was

9   the reason for such a long period of time.

10       Q    Does Neuberger Quinn have an engagement

11  letter, any other document describing what you do

12  for them?

13       A    I don't know.

14       Q    Are you an attorney representing -- I

15  mean, are you attorney for Lehcim Holdings --

16       A    Yes.

17       Q    -- as well?

18       A    Yes.

19       Q    So, you would be their attorney,

20  director, president, and treasurer?

21       A    Yes.  When I say I am an attorney at

```
 1                 MS. WATERS:  We just want to make sure.
 2       A    No problem.
 3       Q    And how are you an authorized person of
 4  Nightingale?
 5       A    I'm certain that Nightingale authorized
 6  me to sign it.  This happened in 2011, and I don't
 7  recall this transaction at all.
 8       Q    Do you have something in writing that
 9  says that you're an authorized person of
10  Nightingale?
11       A    I don't know.
12       Q    And who would know?
13                 MS. WATERS:  Who --
14       A    I'd have to go back and look.  I don't
15  know.
16                 MS. WATERS:  What sort of capacity are
17  you --
18                 MR. RIZEK:  Can we have one person ask
19  questions?
20                 MS. WATERS:  Okay.
21                 MR. RIZEK:  It's all right if it's a
```

```
 1   maybe they're not.  I don't know who Gannet

 2   Investment Corp. -- it's got an account in

 3   Singapore.  But I don't recall the details of this.

 4        Q     On May 12, 2011 -- we're looking again at

 5   the client-matter trust ledger.  So, on May 12th,

 6   there is a $1,550 wire to Management &

 7   Administration Services as loaned to Philip

 8   Enterprises S.A. to pay corporate fees.  Lehcim

 9   provided a promissory note.

10        A     That's 16.

11        Q     Right, which is going to be Exhibit 16,

12   which is four pages long.  Exhibit 16 is Bates

13   number Lehcim 329, 330, 331, and an unnumbered page.

14   And here are your exhibits.  My first question is:

15              We have a note between Philip Enterprises

16   and Lehcim, signed by Philip Enterprises.  Whose

17   signature is on this promissory note?

18        A     Mine.

19        Q     What authority -- under what like

20   capacity or authority?

21        A     As an authorized person.
```

1        MS. WATERS: How were you authorized?

2    A    I don't remember.

3    Q    Would you have documentation showing that

4 you were authorized to account upon or act for

5 Philip Enterprises?

6    A    I don't know.  I assume that if I signed

7 it, I did.  I certainly had authority.

8    Q    What is Philip Enterprises?

9    A    I don't know what Philip Enterprises or

10 Lindrose are.  I -- certainly, I can find out.

11   Q    Who is your -- do you know who your

12 contact person at Philip Enterprises would be?

13   A    According to this, it's this Marilyn at

14 G&M Management & Administration Services.

15   Q    Was Philip Enterprises you or your law

16 firm's first client?

17   A    I assume, yes.

18   Q    Do you have an engagement letter?

19   A    I don't think so.  But I don't know.

20   Q    Can you describe your relationship with

21 Philip Enterprises?

1  Maridale Marketing loan -- or, what -- what or who

2  is that?

3       A     I don't know, and I don't know who

4  Swebhani is either.  I honestly don't even remember

5  the names.

6       Q     I'm going to ask you the next one.  Is

7  Swebhani a client of your firm?

8       A     I don't know.

9       Q     And 9-24-2012, the client ledger shows a

10 $140,000 transfer to the 1060.62 account as a loan

11 to fund the Israel house, purchase per IMN.

12      A     Okay.

13      Q     We have no promissory note that was

14 provided for this transaction.

15      A     It was shown on the schedule.

16      Q     Is there a promissory note?

17      A     You told me that these are all shown on

18 some schedule, due from M. Konig.  I'm not aware of

19 any notes.  There may be.  And there's another one

20 at Swebhani, but I don't know what that is.

21      Q     I'm going to go ahead, and we're going to

```
 1            MS. WATERS:  Which is 39, page one.

 2       A    Page two.

 3       Q    Look at --

 4       A    One and two.

 5            MR. RIZEK:  Okay.

 6       Q    So, my first question is:  Why are
 7  transactions recorded in the 1060.38 account, which
 8  is Michel Konig, Penn Center, if the loan was
 9  between Lehcim and Eniston?

10       A    I don't know.

11       Q    Who would know?

12       A    Mr. Tendler, possibly.  I can't answer
13  these questions.  I've never seen this stuff before.

14       Q    And no promissory note was provided by
15  Lehcim for this transaction.  My next question:  Is
16  there a promissory note for this transaction?

17       A    I do not know.

18       Q    And have any repayments been made?

19       A    I don't know that either.

20       Q    If not, what attempts would Lehcim make
21  to collect that?
```