# Exhibit D

```
 1                  DEPARTMENT OF THE TREASURY
 2                   INTERNAL REVENUE SERVICE
 3
 4                                            )
 5    In the Matter of:                       )
 6                                            )
 7    ORAL REPLY ON BEHALF OF                 )
 8    LEHCIM HOLDINGS, INC.                   )
 9    _____)
10
11                   INTERNAL REVENUE SERVICE
12                        31 Hopkins Plaza
13                   Baltimore, Maryland  21201
14                             Tuesday
15                      September 26, 2017
16
17    The above-entitled matter came on for Oral Reply,
18    pursuant to Notice, at 9:04 a.m.
19
20
21    REPORTED BY:  Kaleigh Irish, RPR
```

Case 1:22-cv-02129-BPG   Document 31-5   Filed 01/18/23   Page 3 of 9

Deposition of Oral Reply                                    Oral Reply In Re: Lehcim Holdings, Inc.

|     |                                                                                  |
| --- | -------------------------------------------------------------------------------- |
| 1   | PROCEEDINGS                                                                      |
| 2   | (Tendler Exhibits 1-38 were premarked for                                        |
| 3   | purposes of identification.)                                                     |
| 4   | Whereupon,                                                                       |
| 5   | HILLEL TENDLER, ESQ.,                                                            |
| 6   | called as a witness, having been first duly sworn to                             |
| 7   | tell the truth, the whole truth, and nothing but the                             |
| 8   | truth, was examined and testified as follows:                                    |
| 9   | EXAMINATION BY MS. STRAZZERI:                                                    |
| 10  | Q     State your full name for the record.                                       |
| 11  | A     Hillel Tendler.                                                            |
| 12  | Q     And my name is Barbara Strazzeri.  I'm                                     |
| 13  | joined by revenue agent Pamela Harris and Trevor                                 |
| 14  | Maddison and Mary Ann Waters in the Office of Chief                              |
| 15  | Counsel.                                                                         |
| 16  | We are in the Fallon Federal Building,                                           |
| 17  | located at 31 Hopkins Plaza, Baltimore 21201.  We are                            |
| 18  | interviewing Hillel Tendler as vice president of                                 |
| 19  | Lehcim Holdings, Inc. and as a third party witness.                              |
| 20  | Mr. Tendler, you are being represented by                                        |
| 21  | Christopher S. Rizek of Caplin & Drysdale, 1 Thomas                              |

1   MS. WATERS:  Were there minutes?  Sorry,
2   it's a followup question.  Were there minutes?
3        A     There may have been when deals were done,
4   is when we went into the -- I can't say off the top
5   of my head that there were.  I don't recall.
6             But I'm -- what I'm suggesting is, since
7   it was a member of different entities, perhaps a bank
8   would have required there to be an actual consent or
9   a minute evidencing.  So, there could have been.
10  There could be.  I don't know.
11            MS. WATERS:  You don't know for sure?
12       A     I don't know for sure.
13            MS. WATERS:  Okay.
14       A     I wouldn't have signed the minutes.  I'm
15  not a director.
16            MR. MADDISON:  Do you know where those
17  minutes would be?
18       A     If I don't have them, no.  And I don't
19  have any minutes, but.
20            MS. WATERS:  So, if there would have been
21  minutes - which, you mentioned there might have been

Case 1:22-cv-02129-BPG   Document 31-5   Filed 01/18/23   Page 5 of 9

Deposition of Oral Reply                                      Oral Reply In Re: Lehcim Holdings, Inc.

1   minutes for various different things - do you have

2   any idea where they went?

3       A   No. No.

4           MS. WATERS: Or why you wouldn't have

5   them?

6       A   If it was done at a closing table, then

7   they just didn't get them to me. That's why. I

8   don't know.

9       Q   Since Lehcim's inception, have your

10  duties changed in any way?

11      A   No.

12      Q   How were the officers compensated for

13  their duties?

14      A   Getting to come to this interview.

15      Q   Okay, okay.

16      A   No. No compensation.

17      Q   The same document, Exhibit 2, authorizes

18  issuance of 100 shares of stock to Beauville

19  Holdings Limited for the contribution of $5000.

20  Were these shares actually issued, like in paper

21  format?

Case 1:22-cv-02129-BPG   Document 31-5   Filed 01/18/23   Page 6 of 9

Deposition of Oral Reply                                          Oral Reply In Re: Lehcim Holdings, Inc.

1    A    I don't know.  If -- if you -- if it
2 wasn't produced on the IDR, then probably not.
3 That's all I can tell you.  Because it would have
4 been in my file, and this came from my file.  So, if
5 it's -- if it -- if it wasn't produced, then it
6 would just be paperless certificates.
7    Q    Have any additional shares been issued?
8    A    Not that I know of.
9    Q    Are there any additional shareholders
10 other than Beauville?
11   A    Not that I know of.
12   Q    How did Lehcim become a client of NQGRG?
13        MR. RIZEK:  I'm sorry, what was the
14 question?
15   Q    How did Lehcim become a client?
16        MR. RIZEK:  Well, they formed it.
17        MS. WATERS:  No, you don't -- we're
18 asking the witness, not you.
19        MR. RIZEK:  Isn't that what he testified
20 to earlier?
21   Q    That's how they became a client, so

Case 1:22-cv-02129-BPG   Document 31-5   Filed 01/18/23   Page 7 of 9

Deposition of Oral Reply                                    Oral Reply In Re: Lehcim Holdings, Inc.

1   that's a different question.

2       A    I mean, it was formed on behalf of, you

3   know, Larts or Davidovici, one of the Konig family

4   trusts, so by extension, it became a client.  It was

5   a client from birth.

6       Q    And when did they become a client?

7       MS. JUNGHANS:  You just asked that

8   question.

9       MS. WATERS:  Excuse me.  Is that an

10  objection?

11      MS. JUNGHANS:  Yes.

12      MS. WATERS:  And your objection is?

13      MS. JUNGHANS:  Asked and answered.

14      MS. WATERS:  Okay.  And can you please

15  answer the question?

16      A    The day it was created.

17      Q    What were you engaged to do for Lehcim

18  Holdings?

19      A    Nothing, other than recording.  I mean,

20  it was in a deal.  You know, handling its money.

21      Q    Did you have an engagement letter or

Case 1:22-cv-02129-BPG   Document 31-5   Filed 01/18/23   Page 8 of 9

Deposition of Oral Reply                                         Oral Reply In Re: Lehcim Holdings, Inc.

1   other documents describing --

2        A       No.

3        Q       -- the terms of the engagement?

4        A       No.

5        Q       Who makes the day-to-day decisions on
6   behalf of Lehcim?

7        A       I don't know.  There are no decisions.
8   That's why -- I -- I don't know.  I'm -- you know,
9   I'm not sure how to answer the question because --
10  I'd be glad to describe it to you.

11               Lehcim was an entity where it was a member
12  in a deal.  I explained how we move the money around.
13  That's it.  There's nothing more that I ever did for
14  Lehcim.  And anything else that Lehcim did, I don't
15  know.  You know, I don't know if --

16       Q       Okay.

17       A       I don't know.

18       Q       I'm going to -- I'm going to leave that
19  question for now, and when we get to the individual
20  transactions, I'll bring it back up, and you can
21  explain to me who made those decisions.

```
 1      Q     60,852.
 2            MR. RIZEK:  Okay.
 3      Q     85156.
 4            MR. RIZEK:  Is that -- that's what you
 5   understood?
 6      A     Yeah, I thought that's what she meant.
 7            MR. RIZEK:  Okay.
 8      Q     So, if I was not provided a note, you
 9   keep all of the promissory notes in one place.  That
10   would mean --
11      A     Yes.
12      Q     -- one does not exist?
13      A     Good chance.  I can't say for sure.
14      Q     And in this case, you know, it's booked
15   that -- it's booked to SE Larts LLC, which --
16      A     Yeah.
17      Q     -- the ultimate would be the Larts Trust.
18   How would the Larts Trust know that it needed to pay
19   the money back to Lehcim?
20      A     I don't know.  I mean, again, that's all
21   Leshkowitz's bookkeeping.  It would all be tracked
```