# Exhibit E

## Client-Matter Trust Ledger

Sort Order: Client Code, Matter Code, Date  
Selection: Michel Konig - Lehcim Holdings, Inc. Escrow  
Transaction Dated: 01/01/2018 - 03/31/2021  
Trust Bank: * - All

| Date | Code | Description | | Amount | |
|---|---|---|---|---|---|
| Client: 001060 | Michel Konig | Matter: 000092  Lehcim Holdings, Inc. Escrow | | | |
| 6/24/2019 | TDP | Transfer from 1060.75- repayment by Larts Trust to Lehcim Holdings of outstanding loans (CK# transfer) (Received From: 1060.75 (Konig/Larts Trust)) | | $1,804,769.00 | 1 |
| 6/25/2019 | TDS | Wire to Hassans Clients 1 Account- repayment by Lehcim Holdings to Nightingale Ventures Ltd. of outstanding loans (CK# wire) (Paid To: Hassans Clients 1 Account) | H | ($1,804,769.00) | |
| 9/3/2019 | TDP | Wire from Hassans Clients 1 Account- repayment by Eniston to Lehcim Holdings on outstanding loans (CK# wire) (Received From: Hassans Clients 1 Account) | | $1,027,548.66 | 2 |
| 9/3/2019 | TDP | Wire from Hassans Clients 1 Account- repayment by MSH KN Hachzakot to Lehcim Holdings on outstanding loans (CK# wire) (Received From: Hassans Clients 1 Account) | | $746,646.66 | 3 |
| 9/3/2019 | TDP | Transfer from 1060.75- funding to make up balance of loan repayment (CK# transfer) (Received From: 1060.75 (Konig/Larts Trust)) | | $84.68 | 2&3 |
| 9/3/2019 | TDS | Wire to Hassans Clients 1 Account- repayment by Lehcim to Nightingale on outstanding loans (CK# wire) (Paid To: Hassans Clients 1 Account) | H | ($1,774,280.00) | |
| 10/30/2019 | TDP | Wire from Hassans Clients 1 Account- repayment by wire $2,610,484 Beauville Holdings to Lehcim Holdings Inc. on outstanding loans (CK# wire) (Received From: Hassans Clients 1 Account) | | $2,610,430.64 | 8 |
| 10/30/2019 | TDP | Transfer from 1060.75- funding to cover shortfall in repayment by Beauville Holdings due to wire fees (CK# transfer) (Received From: 1060.75 (Larts Trust)) | | $53.36 | |
| 10/30/2019 | TDS | Wire to Hassans Clients 1 Account- repayment by Lehcim Holdings to Nightingale on outstanding loans (CK# wire) (Paid To: Hassans Clients 1 Account) | H | ($2,610,484.00) | |
| 12/3/2019 | TDP | Transfer from 1060.34- repayment by Acan W 52 to Lehcim Holdings (CK# transfer) (Received From: 1060.34 (Acan)) | | $123,915.00 | 4 |
| 12/3/2019 | TDS | Wire to Hassans Clients 1 Account- repayment by Lehcim Holdings to Nightingale on outstanding loans (CK# wire) (Paid To: Hassans Clients 1 Account) | H | ($123,915.00) | |
| 1/6/2020 | TDP | Transfer from 1060.75- repayment by Larts Trust to Lehcim Holdings (CK# transfer) (Received From: 1060.75 (Larts Trust)) | | $967,116.00 | 5 |
| 1/7/2020 | TDS | Transfer to 5639.1- repayment by Lehcim to Nightingale on outstanding loans (CK# transfer) (Paid To: 5639.1 (Nightingale)) | N | ($967,116.00) | |
| 1/21/2020 | TDP | Transfer from 1060.6 repayment by Eytan UK Ltd to Lehcim Holdings on outstanding loans (CK# Transfer) (Received From: 1060.6 Konig/Tax) | | $77,485.00 | 6 |
| 1/21/2020 | TDP | Transfer from 7663.1 repayment by Davidovici Trust to Lehcim Holdings on outstanding loans (CK# Transfer) (Received From: 7663.1 Davidovici) | | $500.00 | 7 |
| 1/21/2020 | TDP | Transfer from 1060.75 repayment by Larts Trust to Lehcim Holdings on outstanding loans (CK# Transfer) (Received From: 1060.75 Larts) | | $706,067.00 | 5 |
| 1/21/2020 | TDS | Transfer to 5639.1 - Repayment by Lehcim Holdings to Nightingale on Outstanding Loans (CK# Transfer) (Paid To: 5639.1 Nightingale) | N | ($784,052.00) | 7 |
| 3/5/2020 | TDP | Transfer from 5639.1- repayment by Larts Trust to Lehcim Holdings on outstanding loans (CK# transfer) (Received From: 5639.1 (Nightingale)) | | $752,197.00 | |
| 3/5/2020 | TDS | Transfer to 5639.1- repayment by Lehcim Holdings to Nightingale Ventures on outstanding loans (CK# transfer) (Paid To: 5639.1 (Nightingale)) | N | ($752,197.00) | |
| | | | | $0.00 | |
| | | Report Total: | | $0.00 | |

**Nightingale Ventures Ltd is a BVI entity that is owned by Michel Konig's sister.**

H= Money wired to Hassans to repay Nightingale Ventures Ltd "loan"     $6,313,448  
N= Money transferred to the NQ client matter ledger account of Nightingale Ventures Ltd     2,503,365  
Total "loan repayment" to Nightingale Ventures Ltd.     $8,816,813  A

**A-ties to beg bal of loan 1/1/2019. See excerpt from 2019 Lehcim Holdings, Inc. Balance Sheet below**