IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:22-cv-02129-EA |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) ) | |

## DEFENDANT'S FINAL EXHIBIT LIST

| Ex. No. | Beginning Bates | Ending Bates | Description | Plaintiff's Objections |
|---|---|---|---|---|
| DX001 | 0001 | 0014 | 07/13/2021 IRS Account Transcripts | FRE 802 |
| DX002 | 0015 | 0045 | Certified IRS Transcripts | FRE 401; FRCP 26 |
| DX003 | 0046 | 0076 | 04/08/2024 Affidavit of Adv. Ronen Matry and Exhibits Regarding Settlement Agreement between Ramat, First International Bank of Israel, and Union Bank of Israel | FRE 401; FRE 403; FRE 802 |
| DX004 | 0077 | 0082 | List of Signatories for entities' exam settlements | FRE 401; FRE 403 |
| DX005 | 0083 | 0086 | 08/26/2008 Intra Company Loans from Nightingale | FRE 401; FRE 403; FRE 802 |
| DX006 | 0087 | 0428 | Bills for Michel Konig RE: Tax Planning dated January 1, 2010 through December 1, 2022 | FRE 401; FRE 403; FRE 802 |
| DX007 | 0429 | 0437 | 11/01/2018 Invoice to Michel Konig | FRE 401; FRE 403 |
| DX008 | 0438 | 0438 | 10/24/2019 Chart created to tax plan for Michel Konig's move from Belgium to Israel | FRE 401; FRE 403 |
| DX009 | 0439 | 0443 | Nightingale Register of Directors | FRE 401; FRE 403 |
| DX010 | 0444 | 0444 | Davidovici Declaration of Trust | FRE 401; FRE 403 |

| Ex. No. | Beginning Bates | Ending Bates | Description | Plaintiff's Objections |
|---|---|---|---|---|
| DX011 | 0445 | 0458 | 09/07/2001 General Partnership Agreement of Ramat Associates and First Amendment | FRE 401; FRE 403; FRE 802 |
| DX012 | 0459 | 0469 | 04/29/2008 Redline of v2 General Partnership Agreement of Ramat Associates | FRE 401; FRE 403 |
| DX013 | 0470 | 0485 | 01/07/2016 Cover letter from P. Junghans with General Partnership Agreement of Ramat Associates and First Amendment | FRE 401; FRE 403 |
| DX014 | 0486 | 0499 | 07/14/2016 Ramat–TMP Notice of Final Partnership Administrative Adjustment | FRE 401; FRE 403 |
| DX015 | 0500 | 0565 | 04/23/2020 IRS Motion to Compel in Ramat Tax Court case | FRE 401; FRE 403 |
| DX016 | 0566 | 0568 | 09/09/2020 Agreed Order and Decision in Ramat Tax Court case | FRE 401; FRE 403 |
| DX017 | 0569 | 0572 | 01/15/2002 First Amendment to General Partnership Agreement of Ramat Associates (v1) (not signed) | FRE 401; FRE 403 |
| DX018 | 0573 | 0577 | 04/29/2002 Redline of v2 First Amendment to General Partnership Agreement of Ramat Associates | FRE 401; FRE 403 |
| DX019 | 0578 | 0586 | 06/01/2004 General Partnership Agreement of Acan Associates | FRE 401; FRE 403 |
| DX020 | 0587 | 0606 | 10/06/2013 Executed L Gen Associates Partnership Agreement | FRE 401; FRE 403; FRE 802 |
| DX021 | 0607 | 0612 | Client-Matter Trust Ledger (001060.000086) for Gazelle Solomon | FRE 401; FRE 403 |
| DX022 | 0613 | 0613 | Metadata of NQGRG 002329 (Dowling Exhibit A) | FRE 401; FRE 403; FRE 802 |
| DX023 | 0614 | 0614 | Metadata of NQGRG 016270 (Dowling Exhibit B) | FRE 401; FRE 403; FRE 802 |
| DX024 | 0615 | 0615 | Metadata of NQGRG 033041 (Dowling Exhibit C) | FRE 401; FRE 403; FRE 802 |

| Ex. No. | Beginning Bates | Ending Bates | Description | Plaintiff's Objections |
|---|---|---|---|---|
| DX025 | 0616 | 0616 | Metadata of NQGRG 033114 (Dowling Exhibit D) | FRE 401; FRE 403; FRE 802 |
| DX026 | 0617 | 0617 | Metadata of NQGRG 033129 (Dowling Exhibit E) | FRE 401; FRE 403; FRE 802 |
| DX027 | 0618 | 0618 | Metadata of NQGRG 034875 (Dowling Exhibit F) | FRE 401; FRE 403; FRE 802 |
| DX028 | 0619 | 0736 | 2009 Form 1120 Tax Return | FRE 401; FRE 403; FRE 802 |
| DX029 | 0737 | 0766 | 2010 Form 1120 Tax Return | FRE 401; FRE 403; FRE 802 |
| DX030 | 0767 | 0791 | 2011 Form 1120 Tax Return | FRE 401; FRE 403; FRE 802 |
| DX031 | 0792 | 0809 | 2012 Form 1120 Tax Return | FRE 401; FRE 403; FRE 802 |
| DX032 | 0810 | 0828 | 2013 Form 1120 Tax Return | FRE 401; FRE 403; FRE 802 |
| DX033 | 0829 | 0850 | 2014 Form 1120 Tax Return | FRE 401; FRE 403; FRE 802 |
| DX034 | 0851 | 0873 | 2015 Form 1120 Tax Return | FRE 401; FRE 403; FRE 802 |
| DX035 | 0874 | 0897 | 2016 Form 1120 Tax Return | FRE 401; FRE 403; FRE 802 |
| DX036 | 0898 | 0921 | 2017 Form 1120 Tax Return | FRE 401; FRE 403; FRE 802 |
| DX037 | 0922 | 0943 | 2018 Form 1120 Tax Return | FRE 401; FRE 403; FRE 802 |
| DX038 | 0944 | 0962 | 2019 Form 1120 Tax Return | FRE 401; FRE 403; FRE 802 |
| DX039 | 0963 | 0981 | 2020 Form 1120 Tax Return | FRE 401; FRE 403; FRE 802 |
| DX040 | 0982 | 0986 | 2009(?) Trial Balance - Lehcim | FRE 401; FRE 403; FRE 802 |
| DX041 | 0987 | 0999 | Leshkowitz Workpaper: 2010 Lehcim Holdings Notes Payable and Receivable Spreadsheets | FRE 401; FRE 403; FRE 802 |

| Ex. No. | Beginning Bates | Ending Bates | Description | Plaintiff's Objections |
|---------|-----------------|--------------|-------------|------------------------|
| DX042 | 1000 | 1001 | Leshkowitz Workpaper: 2010 Trial Balance Report | FRE 401; FRE 403; FRE 802 |
| DX043 | 1002 | 1021 | Leshkowitz Workpaper: 2011 Lehcim Holdings Notes Payable and Receivable Spreadsheets | FRE 401; FRE 403; FRE 802 |
| DX044 | 1022 | 1023 | Leshkowitz Workpaper: 2011 Trial Balance Report | FRE 401; FRE 403; FRE 802 |
| DX045 | 1024 | 1027 | Leshkowitz Workpaper: 2011 Lehcim Holdings Inc. Preferential Cash Distributions & Dividend Income Dues | FRE 401; FRE 403; FRE 802 |
| DX046 | 1028 | 1048 | Leshkowitz Workpaper: 2012 Lehcim Holdings Notes Payable and Receivable Spreadsheet | FRE 401; FRE 403; FRE 802 |
| DX047 | 1049 | 1050 | Leshkowitz Workpaper: 2012 Trial Balance Report | FRE 401; FRE 403; FRE 802 |
| DX048 | 1051 | 1072 | Leshkowitz Workpaper: 2013 Lehcim Holdings Notes Payable and Receivable Spreadsheets | FRE 401; FRE 403; FRE 802 |
| DX049 | 1073 | 1074 | Leshkowitz Workpaper: 2013 Trial Balance Report | FRE 401; FRE 403; FRE 802 |
| DX050 | 1075 | 1096 | Leshkowitz Workpaper: 2014 Lehcim Holdings Notes Payable and Receivable Spreadsheets | FRE 401; FRE 403; FRE 802 |
| DX051 | 1097 | 1098 | Leshkowitz Workpaper: 2014 Trial Balance Report | FRE 401; FRE 403; FRE 802 |
| DX052 | 1099 | 1123 | Leshkowitz Workpaper: 2015 Lehcim Holdings Notes Payable and Receivable Spreadsheets | FRE 401; FRE 403; FRE 802 |
| DX053 | 1124 | 1125 | Leshkowitz Workpaper: 2015 Trial Balance Report | FRE 401; FRE 403; FRE 802 |
| DX054 | 1126 | 1154 | Leshkowitz Workpaper: 2016 Lehcim Holdings Notes Payable and Receivable Spreadsheets | FRE 401; FRE 403; FRE 802 |
| DX055 | 1155 | 1156 | Leshkowitz Workpaper: 2016 Trial Balance Report | FRE 401; FRE 403; FRE 802 |

| Ex. No. | Beginning Bates | Ending Bates | Description | Plaintiff's Objections |
|---------|-----------------|--------------|-------------|------------------------|
| DX056 | 1157 | 1187 | Leshkowitz Workpaper: 2017 Lehcim Holdings Notes Payable and Receivable Spreadsheets | FRE 401; FRE 403; FRE 802 |
| DX057 | 1188 | 1188 | Leshkowitz Workpaper: 2017 Trial Balance Report | FRE 401; FRE 403; FRE 802 |
| DX058 | 1189 | 1226 | Leshkowitz Workpaper: 2018 Lehcim Holdings Notes Payable and Receivable Spreadsheets | FRE 802 |
| DX059 | 1227 | 1227 | Leshkowitz Workpaper: 2018 Trial Balance Report | FRE 802 |
| DX060 | 1228 | 1230 | Leshkowitz Workpaper: 2019 Trial Balance Report | FRE 802 |
| DX061 | 1231 | 1233 | Leshkowitz Workpaper: 2019 Lehcim Holdings, Inc. Cash Write-Up | FRE 802 |
| DX062 | 1234 | 1234 | Leshkowitz Workpaper: 2020 Trial Balance Report | FRE 802 |
| DX063 | 1235 | 1236 | Leshkowitz Workpaper: 2020 Lehcim Holdings, Inc. Cash Write-Up | FRE 802 |
| DX064 | 1237 | 1237 | 11/19/2014 Leshkowitz Workpaper: Lehcim Holdings, Inc. Schedule of Tax Changes if Loan is Capital | FRE 401; FRE 403; FRE 802 |
| DX065 | 1238 | 1241 | 2010 Form 1120 Tax Return Routing Slip | FRE 401; FRE 403; FRE 802 |
| DX066 | 1242 | 1247 | 2011 Form 1120 Tax Extension Routing Slip | FRE 401; FRE 403; FRE 802 |
| DX067 | 1248 | 1248 | 2011 Form 1120 Tax Return Routing Slip | FRE 401; FRE 403; FRE 802 |
| DX068 | 1249 | 1255 | 2012 Form 1120 Tax Extension Routing Slip | FRE 401; FRE 403; FRE 802 |
| DX069 | 1256 | 1260 | 2012 Form 1120 Tax Return Routing Slip | FRE 401; FRE 403; FRE 802 |
| DX070 | 1261 | 1267 | 2013 Form 1120 Tax Extension Routing Slip | FRE 401; FRE 403; FRE 802 |
| DX071 | 1268 | 1268 | 2013 Form 1120 Tax Return Routing Slip | FRE 401; FRE 403; FRE 802 |

| Ex. No. | Beginning Bates | Ending Bates | Description | Plaintiff's Objections |
|---|---|---|---|---|
| DX072 | 1269 | 1272 | 2014 Form 1120 Tax Return Routing Slip | FRE 401; FRE 403; FRE 802 |
| DX073 | 1273 | 1279 | 2014 Form 1120 Tax Extension Routing Slip | FRE 401; FRE 403; FRE 802 |
| DX074 | 1280 | 1283 | 2015 Form 1120 Tax Return Routing Slip | FRE 401; FRE 403; FRE 802 |
| DX075 | 1284 | 1290 | 2015 Form 1120 Tax Extension Routing Slip | FRE 401; FRE 403; FRE 802 |
| DX076 | 1291 | 1298 | 2016 Form 1120 Tax Extension Routing Slip | FRE 401; FRE 403; FRE 802 |
| DX077 | 1299 | 1302 | 2016 Form 1120 Tax Return Routing Slip | FRE 401; FRE 403; FRE 802 |
| DX078 | 1303 | 1306 | 2017 Form 1120 Tax Return Routing Slip | FRE 401; FRE 403; FRE 802 |
| DX079 | 1307 | 1313 | 2017 Form 1120 Tax Extension Routing Slip | FRE 401; FRE 403; FRE 802 |
| DX080 | 1314 | 1319 | 2018 Form 1120 Tax Extension Routing Slip | FRE 401; FRE 403; FRE 802 |
| DX081 | 1320 | 1323 | 2018 Form 1120 Tax Return Routing Slip | FRE 401; FRE 403; FRE 802 |
| DX082 | 1324 | 1326 | 2019 Form 1120 Tax Return Filing Confirmation | FRE 401; FRE 403; FRE 802 |
| DX083 | 1327 | 1329 | 2020 Form 1120 Tax Return Filing Confirmation | FRE 401; FRE 403; FRE 802 |
| DX084 | 1330 | 1352 | 2021 Form 1120 Tax Return (Lehcim) | FRE 401; FRE 403; FRE 802 |
| DX085 | 1353 | 1353 | 2021 Form 1120 Tax Return Extension Confirmation | FRE 401; FRE 403; FRE 802 |
| DX086 | 1354 | 1356 | 2021 Form 1120 Tax Return Confirmation | FRE 401; FRE 403; FRE 802 |
| DX087 | 1357 | 1364 | 2012-2019 Leshkowitz Employee Timesheet Detail | FRE 401; FRE 403 |
| DX088 | 1365 | 1369 | 07/20/2021 IRS Notice of Computational Adjustment for Lehcim (Tax Year 2010) | FRE 401; FRE 403; FRE 802 |

| Ex. No. | Beginning Bates | Ending Bates | Description | Plaintiff's Objections |
|---|---|---|---|---|
| DX089 | 1370 | 1370 | 2019 Client-Matter Trust Ledger for Gazelle/Genesis Investors - SL Gen LLC | FRE 401; FRE 403; FRE 802 |
| DX090 | 1371 | 1373 | 2009 Schedule K-1 for L Gen Associates | FRE 401; FRE 403 |
| DX091 | 1374 | 1374 | 2010 Schedule K-1 for Ramat Associates ("various" partner's share) | FRE 401; FRE 403 |
| DX092 | 1375 | 1398 | 2007 Form 1065 Tax Return (Ramat) | FRE 401; FRE 403; FRE 802 |
| DX093 | 1399 | 1422 | 2006 Form 1065 Tax Return (Ramat) | FRE 401; FRE 403; FRE 802 |
| DX094 | 1423 | 1470 | 2010 Form 1065 Tax Return (Ramat) | FRE 401; FRE 403; FRE 802 |
| DX095 | 1471 | 1472 | 08/24/2015 Form 872, Consent to Extend the Time to Assess Tax, for 2010 | FRE 802; FRE 901; FRCP 26 |
| DX096 | 1473 | 1475 | 04/12/2016 Form 872, Consent to Extend the Time to Assess Tax, for 2010 | FRE 802; FRE 901; FRCP 26 |
| DX097 | 1476 | 1479 | 06/09/2017 Forms 872, Consent to Extend the Time to Assess Tax, for 2011, 2012, 2013 | FRE 802 |
| DX098 | 1480 | 1494 | 02/14/2018 IRS Statute Extension File for 2014 | FRE 802; FRE 901; FRCP 26 |
| DX099 | 1495 | 1497 | 05/23/2018 Forms 872, Consent to Extend the Time to Assess Tax, for 2011, 2012, 2013, 2014 | FRE 802; FRE 901; FRCP 26 |
| DX100 | 1498 | 1500 | 12/21/2018 Consent to Extend the Time to Assess Tax signed by Neuberger | FRE 802; FRE 901; FRCP 26 |
| DX101 | 1501 | 1518 | 02/05/2024 TXMODA Transcripts for Lehcim Holdings, Inc. | FRE 802 |
| DX102 | 1519 | 1550 | Forms 872 attached, Consent to Extend the Time to Assess Tax, for 2010 | FRE 802; FRE 901; FRCP 26 |

| Ex. No. | Beginning Bates | Ending Bates | Description | Plaintiff's Objections |
|---|---|---|---|---|
| DX103 | 1551 | 1564 | 07/20/2021 IRS Notice of Computational Adjustment for Lehcim (Tax Year 2011) | FRE 401; FRE 403 |
| DX104 | 1565 | 1585 | 10/03/2007 Email from B. Flank re: M. Konig - Ramat Associates (with attachments) | FRE 401; FRE 403 |
| DX105 | 1586 | 1586 | 09/08/2010 Email from H. Tendler to J. Regalado RE: L Gen Associates | FRE 401; FRE 403 |
| DX106 | 1587 | 1589 | 04/06/2011 Email from J. Leshkowitz to I. Neuberger & M. Quinn RE: Lehcim Holding Genesis Cash Due 4.6.2011 (with attachment) | FRE 401; FRE 403 |
| DX107 | 1590 | 1600 | 01/29/2012 Email from H. Tendler to I. Neuberger FW: Partnership Agreement - Ramat Associates (with attachment) | FRE 401; FRE 403 |
| DX108 | 1601 | 1601 | 02/03/2012 Email from I. Neuberger to D. Caldwell FW: Partnership Agreement - Ramat Associates (without attachment) | FRE 401; FRE 403 |
| DX109 | 1602 | 1603 | 03/28/2012 Email from J. Regalado to M. Quinn RE: Revised Genesis Schedule | FRE 401; FRE 403 |
| DX110 | 1604 | 1624 | 04/03/2014 Email from H. Tendler to M. Quinn re: NQGRG-#336177-v2-Konig_L_Gen_Associates_Partnership_Agreement (with attachment) | FRE 401; FRE 403 |
| DX111 | 1625 | 1645 | 05/07/2014 Email from H. Tendler to M. Quinn re: NQGRG-#336177-v2-Konig_L_Gen_Associates_Partnership_Agreement (with attachment) | FRE 401; FRE 403 |
| DX112 | 1646 | 1646 | 05/08/2014 Email from M. Quinn to H. Tendler RE: NQGRG-#336177-v2-Konig_L_Gen_Associates_Partnership_Agreement | FRE 401; FRE 403 |
| DX113 | 1647 | 1649 | 07/17/2014 Email from H. Tendler to P. Junghans re: IRS letter to Lehcim re L Gen Audit (with attachment) | FRE 401; FRE 403; FRE 802 |

| Ex. No. | Beginning Bates | Ending Bates | Description | Plaintiff's Objections |
|---|---|---|---|---|
| DX114 | 1650 | 1650 | 01/12/2015 Email from J. Leshkowitz to I. Neuberger Fwd: L Gen Associates | FRE 401; FRE 403 |
| DX115 | 1651 | 1654 | 11/23/2025 Email from M. Crespo-Bundrant to H. Tendler RE: Leshkowitz & Company LLP - Neuberger Chart and Related Invoices through October 2015 (with attachments) | FRE 401; FRE 403 |
| DX116 | 1655 | 1659 | 12/23/2015 Email from M. Crespo-Bundrant to H. Tendler RE: Leshkowitz & Company LLP - Neuberger Chart and Related Invoices through November 2015 (with attachments) | FRE 401; FRE 403 |
| DX117 | 1660 | 1687 | 01/07/2016 Email from J. Leshkowitz to I. Neuberger re: Ramat partnership agreement | FRE 401; FRE 403; FRE 802 |
| DX118 | 1688 | 1694 | 01/13/2016 Email from M. Crespo-Bundrant to H. Tendler RE: Leshkowitz & Company LLP - Neuberger Chart and Related Invoices through December 2015 (with attachments) | FRE 401; FRE 403 |
| DX119 | 1695 | 1696 | 02/08/2016 Email from J. Leshkowitz to H. Tendler RE: Leshkowitz & Company LLP - Michel Konig Outstanding Bills (with attachment) | FRE 401; FRE 403 |
| DX120 | 1697 | 1697 | 03/08/2016 Email from J. Leshkowitz to I. Neuberger FW: Konig (without attachments) | FRE 401; FRE 403 |
| DX121 | 1698 | 1703 | 12/31/2017 Attachment to NQGRG 011283 (JX039), Larts Trust and Entities Schedule of Repayment | FRE 401; FRE 403; FRE 802 |
| DX122 | 1704 | 1705 | 07/10/2018 Email from J. Leshkowitz to I. Neuberger RE: Lehcim Holdings, Inc. (with attachment) | FRE 401; FRE 403 |

| Ex. No. | Beginning Bates | Ending Bates | Description | Plaintiff's Objections |
|---|---|---|---|---|
| DX123 | 1706 | 1707 | 01/13/19 Email from J. Leshkowitz to I. Neuberger FW: Lehcim Holdings, Inc (with attachment) | FRE 401; FRE 403 |
| DX124 | 1708 | 1708 | 04/15/2019 Email from M. Silbermintz to H. Tendler RE Is Lehcim still a partner in L Gen? | FRE 401; FRE 403 |
| DX125 | 1709 | 1716 | 06/06/2019 Email from I. Neuberger to H. Tendler FW: Larts Schedule of Loan Repayments et al (with attachment) | FRE 401; FRE 403 |
| DX126 | 1717 | 1717 | 04/07/2020 Email from M. Crespo-Bundrant to H. Tendler RE: Leshkowitz & Company LLP - Neuberger Chart and Related Invoices through February 2020 (without attachments) | FRE 401; FRE 403 |
| DX127 | 1718 | 1759 | 08/07/2020 Email from I. Neuberger to P. Junghans RE: SL Settlement Documents part 1 . executed (with attachments) | FRE 401; FRE 403 |
| DX128 | 1760 | 1810 | 01/29/2021 Email from P. Harris to E. Kennedy Re: Sample Documentation for Lehcim (with attachments) | FRE 106; FRE 401; FRE 403; FRE 701; FRE 802 |
| | | | | |
| DX129 | 1811 | 1812 | 04/08/2021 Email from E. Kennedy to P. Harris RE: Possible Nominee Levy (without attachment) | FRE 106; FRE 401; FRE 403; FRE 701; FRE 802 |
| DX130 | 1813 | 1820 | 04/12/2021 Email from P. Harris to E. Kennedy RE: Client Matter Trust Ledger Analysis (with attachment) | FRE 106; FRE 401; FRE 403; FRE 701; FRE 802 |
| DX131 | 1821 | 1824 | 11/10/2021 Email from M. Silbermintz to H. Tendler FW: Lehcim Holdings LLC (with attachment | FRE 401; FRE 403 |
| DX132 | 1825 | 2142 | 09/25/2017 IRS Interview of Isaac Neuberger | FRE 401; FRE 403 |
| DX133 | 2143 | 2463 | 09/05/2023 Hillel Tendler Deposition Transcript | FRE 802 |

| Ex. No. | Beginning Bates | Ending Bates | Description | Plaintiff's Objections |
|---|---|---|---|---|
| DX134 | 2464 | 2639 | 09/15/2023 Isaac Neuberger Deposition Transcript | FRE 802 |
| DX135 | 2640 | 2736 | 09/20/2023 Michael Quinn Deposition Transcript | FRE 802 |
| DX136 | 2737 | 2762 | 08/02/2022 Email from M. Waters to E. Kennedy FW: July 29, 2022 Correspondence – NEUBERGER / LEHCIM HOLDINGS (with attachments) | |

Dated: February 18, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

*/s/ Emily K. McClure*
RYAN O. MCMONAGLE
KRISTINA M. PORTNER
EMILY K. MCCLURE
Trial Attorneys
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-307-1355 (ROM)
202-514-6866 (f)
Ryan.McMonagle@usdoj.gov
Kristina.M.Portner@usdoj.gov
Emily.K.McClure@usdoj.gov

*Counsel for the United States*