IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:22-cv-02129-EA ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) ) |

**JOINT FINAL EXHIBIT LIST**

| Ex. No. | Beginning Bates | Ending Bates | Description |
|---|---|---|---|
| JX001 | 0001 | 0004 | 02/27/2001 Articles of Incorporation of Lehcim Holdings, Inc. |
| JX002 | 0005 | 0008 | 02/27/2001 Articles of Incorporation of Lehcim Holdings, Inc. |
| JX003 | 0009 | 0010 | 12/17/2002 Lehcim Holdings, Inc. Consent of Sole Director |
| JX004 | 0011 | 0022 | 12/17/2002 By-Laws of Lehcim Holdings, Inc. |
| JX005 | 0023 | 0024 | 12/17/2002 Lehcim Holdings, Inc. Consent of Sole Director |
| JX006 | 0025 | 0027 | 11/10/2014 Beauville Holdings Register of Directors and Register of Members |
| JX007 | 0028 | 0029 | 12/18/2002 Promissory Note for Nightingale Ventures, Ltd. loan to Lehcim Holdings, Inc. ($850,000) |
| JX008 | 0030 | 0030 | 12/18/2002 Promissory Note for Beauville Holdings Ltd. loan to Lehcim Holdings, Inc. ($207,500) |
| JX009 | 0031 | 0032 | 04/14/2011 Promissory Note for Nightingale Ventures Ltd. loan to Lehcim Holdings, Inc. ($280,000) |
| JX010 | 0033 | 0033 | 07/29/2011 Promissory Note for Lehcim Holdings, Inc. loan to Nightingale Ventures Ltd. ($591,451.92) |

| Ex. No. | Beginning Bates | Ending Bates | Description |
|---|---|---|---|
| JX011 | 0034 | 0036 | 10/22/2012 Promissory Note for Nightingale Ventures Ltd. loan to Lehcim Holdings, Inc. ($18,000) |
| JX012 | 0037 | 0082 | Various Promissory Notes |
| JX013 | 0083 | 0090 | Client-Matter Trust Ledger (1060.0092) for Lehcim Holdings, Inc. Escrow |
| JX014 | 0091 | 0101 | NQGRG CMTL for 2010 |
| JX015 | 0102 | 0107 | 04/30/2011 IOLTA Checking Account Statement for NQGRG for April 2011 |
| JX016 | 0108 | 0126 | Form 1120 (2011) for Lehcim |
| JX017 | 0127 | 0128 | 2010 Schedule K-1 for L Gen Associates |
| JX018 | 0129 | 0148 | 2011 Schedule K-1 for L Gen Associates |
| JX019 | 0149 | 0167 | 2012 Schedule K-1 for L Gen Associates |
| JX020 | 0168 | 0169 | 08/24/2015 Form 872, Consent to Extend the Time to Assess Tax, for 2010 |
| JX021 | 0170 | 0171 | 03/14/2018 Form 872, Consent to Extend the Time to Assess Tax, for 2014 |
| JX022 | 0172 | 0260 | ICS History |
| JX023 | 0261 | 0292 | 11/30/2020 Final Notice - Notice of Intent to Levy |
| JX024 | 0293 | 0297 | 02/16/2021 Notice of Federal Tax Lien |
| JX025 | 0298 | 0299 | 05/12/2022 Letter/Notice of Levy re NQGRG |
| JX026 | 0300 | 0313 | 05/12/2022 Notices of Levy |
| JX027 | 0314 | 0317 | 05/26/2022 Collection Appeal Request (CAP) of Lehcim Holdings, Inc. |
| JX028 | 0318 | 0326 | 06/02/2022 Collection Appeal Request (CAP) of NQGRG |
| JX029 | 0327 | 0328 | 12/31/2002 Email from M. Borden to I. Neuberger RE: One Penn Center |
| JX030 | 0329 | 0330 | 07/23/2006 Email from I. Neuberger to H. Tendler RE: One Penn Center Mortgage |
| JX031 | 0331 | 0332 | 08/24/2006 Email from I. Neuberger to H. Tendler FW: Mortgage Closing |
| JX032 | 0333 | 0336 | 12/16/2014 Email from H. Tendler to I. Neuberger FW: Clients that owe for your time |

| Ex. No. | Beginning Bates | Ending Bates | Description |
| --- | --- | --- | --- |
| JX033 | 0337 | 0339 | 10/05/2017 Letter from B. Strazzeri to E. Corngold regarding IRS Summonses |
| JX034 | 0340 | 0384 | 04/26/2018 Letter from B. Strazzeri to I. Neuberger attaching Written Questions Relating to Lehcim Holdings, Inc. |
| JX035 | 0385 | 0472 | 06/19/2018 Fax to Junghans re proposed adjustments to Lehcim's returns |
| JX036 | 0473 | 0517 | Proposed IRS adjustments for Lehcim |
| JX037 | 0518 | 0562 | IRS Computations re Proposed Lehcim Adjustments |
| JX038 | 0563 | 0564 | 07/10/2018 Email from I. Neuberger to M. Konig FW: Lehcim Holdings Inc. (with attachment) |
| JX039 | 0565 | 0565 | 03/05/2019 Email from I. Neuberger to M. Konig FW: Larts Schedule of Loan Repayments et al |
| JX040 | 0566 | 0684 | 03/14/2019 Letter from IRS to P. Junghans with attachments Letter 950, Letter 907, Report 4549-A, Form 870, and Form 872) |
| JX041 | 0685 | 0685 | 03/20/2019 Emails between H. Tendler, P. Junghans, and I. Neuberger re Lehcim Exam Report re Lehcim Exam Report |
| JX042 | 0686 | 0686 | 03/24/2019 Email from I. Neuberger to M. Konig FW: Larts Schedule of Loan Repayments et al |
| JX043 | 0687 | 0687 | 03/24/2019 Email from I. Neuberger to J. Leshkowitz FW: Larts Schedule of Loan Repayments et al |
| JX044 | 0688 | 0689 | 04/04/2019 Emails between H. Tendler, P. Junghans, and I. Neuberger re Lehcim Exam Report |
| JX045 | 0690 | 0691 | 06/25/2019 Email from I. Neuberger to M. Konig FW: Funds transfer notification |
| JX046 | 0692 | 0694 | 06/27/2019 Email from I. Neuberger to M. Konig FW: Funds Transfer Notification |
| JX047 | 0695 | 0696 | 09/03/2019 Email from H. Tendler to E. Beniso FW: Funds transfer notification |
| JX048 | 0697 | 0697 | 10/23/2019 Email from I. Neuberger to M. Konig and H. Tendler FW: See below - Round 5 |
| JX049 | 0698 | 0699 | 10/30/2019 Email from H. Tendler to R. Birnbaum FW: Funds transfer notification (no attachment) |

| Ex. No. | Beginning Bates | Ending Bates | Description |
|---|---|---|---|
| JX050 | 0700 | 0706 | 11/20/2019 Email from L. Feferkorn to H. Tendler RE: Repayment steps 6 and 7 |
| JX051 | 0707 | 0849 | 11/20/2019 Letter 937 from IRS to P. Junghans with attached Letter L531 Notice of Deficiency |
| JX052 | 0850 | 0851 | 12/03/2019 Email from M. Silbermintz to H. Tendler FW: Step 8 |
| JX053 | 0852 | 0853 | 12/03/2019 Email from M. Silbermintz to H. Tendler FW: Step 9 |
| JX054 | 0854 | 0855 | 12/26/2019 Email from I. Neuberger to J. Leshkowitz FW: Lehcim Holdings 7.31.18 Loans rec. pay schedule (with attachment) |
| JX055 | 0856 | 0857 | 01/21/2020 Email from H. Tendler to M. Silbermintz RE: Step 9 |
| JX056 | 0858 | 0859 | 01/22/2020 Email from L. Feferkorn to H. Tendler FW: Final Repayment Step 10 (no attachment) |
| JX057 | 0860 | 0862 | 02/25/2020 Email from H. Tendler to R. Birnbaum RE: Round 10 |
| JX058 | 0863 | 0863 | 07/20/2020 Email from P. Harris to E. Kennedy RE: Assessments Outstanding |
| JX059 | 0864 | 0868 | 10/15/2020 Email from E. Kennedy to P, Harris RE: Assessments Outstanding |
| JX060 | 0869 | 0873 | 10/15/2020 Email from P. Harris to E. Kennedy RE: Assessments Outstanding |
| JX061 | 0874 | 0876 | 11/30/2020 Email from H. Tendler RE: Lehcim Holdings (with attachment) |
| JX062 | 0877 | 0886 | 12/01/2020 Email from H. Tendler to L. Feferkorn RE: Lehcim Holdings |
| JX063 | 0887 | 0894 | 12/01/2020 Email from L. Feferkorn to H. Tendler RE: Lehcim Holdings |
| JX064 | 0895 | 0902 | 12/01/2020 Email from L. Feferkorn to H. Tendler RE: Lehcim Holdings (with attachment) |
| JX065 | 0903 | 0911 | 12/02/2020 Form 433-B for Lehcim with fax cover letter |
| JX066 | 0912 | 0919 | 12/02/2020 Fax from P. Junghans to E. Kennedy RE: Lehcim Holdings, Inc. 433-B |

| Ex. No. | Beginning Bates | Ending Bates | Description |
|---|---|---|---|
| JX067 | 0920 | 0921 | 03/05/2021 Email from M. DesRosiers to E. Kennedy RE: check copy |
| JX068 | 0922 | 0923 | 03/31/2021 Fax from P. Junghans to E. Kennedy attaching the CMTL for Lehcim for 2018-2021 |
| JX069 | 0924 | 0926 | 04/08/2021 Email from P. Harris to E. Kennedy RE: Possible |
| JX070 | 0927 | 0943 | IRS Analysis of Lehcim Investment Structure |
| JX071 | 0944 | 0953 | 02/03/2023 NQGRG's Supplemental Answers and Objections to USA's First Set of Interrogatories |
| JX072 | 0954 | 0972 | 04/10/2023 USA's Objections and Responses to NQGRG's First Set of Interrogatories |
| JX073 | 0973 | 1112 | 06/14/2023 NQGRG's Privilege Log |
| JX074 | 1113 | 1123 | 08/14/2023 USA's Supplemental Responses to NQGRG's Interrogatories |
| JX075 | 1124 | 1133 | 11/08/2023 NQGRG's Response to USA's Requests for Admissions |
| JX076 | 1134 | 1256 | 08/31/2023 USA 30(b)(6) Deposition Transcript |
| JX077 | 1257 | 1384 | 09/07/2023 NQGRG 30(b)(6) Deposition Transcript (Tendler) |
| JX078 | 1385 | 1437 | 09/07/2023 NQGRG 30(b)(6) Deposition Transcript (Wood) |
| JX079 | 1438 | 1581 | 09/15/2023 Erin Kennedy Deposition Transcript |
| JX080 | 1582 | 1754 | 10/23/2023 Leshkowitz & Company 30(b)(6) Deposition Transcript Part I |
| JX081 | 1755 | 1944 | 03/19/2024 Leshkowitz & Company 30(b)(6) Deposition Transcript Part II |

| | |
|---|---|
| Dated: February 18, 2026 | Respectfully Submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General |
| /s/ James P. Ulwick<br>James P. Ulwick (Fed. Bar No. 00536)<br>Kramon & Graham, P.A.<br>750 East Pratt Street, Suite 1100<br>Baltimore, Maryland 21201<br>(410) 752-6030<br>(410) 539-1269 (facsimile)<br>julwick@kg-law.com | JOSHUA WU<br>Deputy Assistant Attorney General, Tax<br>Litigation Branch<br><br>/s/ Emily K. McClure<br>RYAN O. MCMONAGLE<br>KRISTINA M. PORTNER<br>EMILY K. MCCLURE<br>Trial Attorneys |
| Brandon N. Mourges, Bar No. 29477<br>CREPEAU MOURGES<br>1344 Ashton Road, Suite 110<br>Hanover, Maryland 21076<br>Telephone: 667-900-9912<br>Fax: 667-999-0202<br>brandon@usataxlaw.com | Tax Litigation Branch<br>Civil Division, Department of Justice<br>P.O. Box 227<br>Washington, D.C. 20044<br>202-307-1355 (ROM)<br>202-514-6866 (f)<br>Ryan.McMonagle@usdoj.gov<br>Kristina.M.Portner@usdoj.gov<br>Emily.K.McClure@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for the United States* |