IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A., )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. )<br>_____ ) | Case No. 1:22-cv-02129-EA |

**ORDER AND AMENDED JUDGMENT**

Defendant has moved, without the opposition of the Plaintiff, for a modification of the judgment (ECF No. 156) in this matter pursuant to Rule 60(a). It is hereby **ORDERED** as follows:

1. The United States' Motion for Modification (ECF No. 157) is **GRANTED**; and

2. The Judgment (ECF No. 156) is **AMENDED** to read as follows:

JUDGMENT is ENTERED in the amount of $1,543,929.29 in favor of Plaintiff Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. and against Defendant United States of America on the sole claim (26 U.S.C. § 7426(a)(1)) alleged in the Complaint (ECF No. 1). Defendant shall return the levied funds to Plaintiff by ordering PNC Bank to unfreeze Plaintiff's account and release the funds to Plaintiff. Interest shall accrue on this amount at the overpayment rate established under 26 U.S.C. § 6621(a)(1) from June 3, 2022, to the date of payment of the judgment. 26 U.S.C. § 7426(g)(1). The overpayment rate is "the sum of . . . the Federal short-term rate . . ., plus . . . 3 percentage points (2 percentage points in the case of a corporation)." 26 U.S.C. § 6621(a)(1).

**SO ORDERED** this 11th day of ___June___ , 2026.

_____
Erin Aslan
U.S. Magistrate Judge